UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------X

BYRON BREEZE, JR.,
        Plaintiff,

                              CASE NO.: 1:22-cv-00537-RJC

       v.

ZINAT CORPORATION
d/b/a Johnny Pistolas
and IRAJ & SOLEIMAN CORPORATION,

        Defendants.

-----------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendants ZINAT CORPORATION d/b/a Johnny Pistolas, and IRAJ & SOLEIMAN CORPORATION (collectively, "Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
          May 18, 2022

| BASHIAN & PAPANTONIOU, P.C. | BERGSTROM ATTORNEYS |
|---|---|
| By: *Erik Bashian* | By: *[signature]* |
| Erik M. Bashian, Esq. | George L. Lyon, Jr., Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 500 Old Country Road, Suite 302 | 4000 Legato Road, Suite 1100 |
| Garden City, NY 11530 | Fairfax, Virginia 22033 |
| Email: eb@bashpaplaw.com | Email: gll@bergstromattorneys.com |
| (516) 279-1554 | (202) 669-0442 |

92359v3